UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEVIN JORDAN | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| ENSCO OFFSHORE COMPANY | * | DISTRICT JUDGE: |
| | * | |
| | * | DIVISION: |
| | * | |
| | * | MAGISTRATE JUDGE: |

*****************************************************************************

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Kevin Jordan (hereinafter "Plaintiff"), who represents as follows:

1.

Plaintiff is an adult resident of the State of Mississippi.

2.

Defendant, ENSCO Offshore Company (hereinafter "ENSCO") is a corporation incorporated in the State of Delaware with its principal place of business in the State of Texas and, at all times pertinent herein, ENSCO was licensed to business in the State of Louisiana and doing business in this district.

3.

Plaintiff brings this action in admiralty, pursuant to the admiralty and general maritime law of the United States, as modified by the Jones Act, 42 U.S.C. § 688, and designates this action as an admiralty or maritime claim within the meaning of the Federal Rules of Civil Procedure, Rule 9(h).

4.

Jurisdiction with this District Court is proper pursuant to 28 U.S.C. § 1333.

5.

On or about March 3, 2013, Plaintiff was acting within the course and scope of his employment as a floorhand with ENSCO aboard ENSCO 8506, a semi-submersible rig then in navigation near Port Fourchon, Louisiana, owned and/or operated at all times pertinent by ENSCO, and was participating in drilling and drilling-related operations when a metal burr from a cable punctured his glove and impaled his left index finger. Adequate medical treatment was unreasonably, inexplicably, and negligently delayed for days by ENSCO leading to long-term and permanent damage to Plaintiff's left index finger. Plaintiff will have permanent disability as a result of same.

6.

As a consequence of the negligence of ENSCO and the unseaworthiness of the vessel ENSCO 8506, Plaintiff has been caused to sustain severe injuries and disabilities entitling him to damages for mental and physical pain and suffering, past and future, permanent disability, loss of wages, past and future, impairment of earning capacity, medical expenses, past and future, and other damages as may be shown at the time of trial of this matter.

7.

ENSCO is guilty of gross willful and/or wanton conduct which caused Plaintiff's damages, entitling Plaintiff to punitive damages under the general maritime law.

8.

Plaintiff, while reiterating and realleging each and every allegation made hereinabove, additionally alleges that ENSCO has failed to pay Plaintiff adequate maintenance and/or cure to which he is entitled, and is arbitrary, capricious, willful, wanton, callous, and/or unreasonable in this regard, entitling Plaintiff to recover past due maintenance, compensatory damages, as well as attorney's fees, costs, penalties, punitive damages and any other recovery permitted by law from ENSCO in an amount justified by the law and facts herein. ENSCO is additionally liable to Plaintiff for punitive damages and attorneys' fees in the premises herein described. ENSCO has also willfully and intentionally interfered with, delayed and at times denied Plaintiff reasonable and necessary medical care and treatment in a manner that has aggravated Plaintiff's injuries and conditions, entitling Plaintiff to both compensatory and punitive damages, together with reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that ENSCO Offshore Company be served with a copy of this Complaint, summoned as per law and made to appear and answer same, and after due proceedings, there be judgment in favor of Plaintiff Kevin Jordan and against ENSCO Offshore Company for all compensatory and punitive damages in the premises, together with judicial interest thereon from the date of judicial demand until paid, for ENSCO to bear all costs of these proceedings, and for all additional legal, general, equitable, and injunctive relief in the premises.

Respectfully Submitted:

**KOEPPEL TRAYLOR**

*/s/ Jonathan H. Adams*__________________
Jonathan H. Adams (#29061), T.A.
jadams@koeppeltraylor.com
Peter S. Koeppel (#1465)
peterklaw@aol.com
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024

**PLEASE ISSUE CITATION AND SUMMONS TO:**
ENSCO Offshore Company
*Through its registered agent for service of process*
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808