# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN JORDAN,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1226** |
| **ENSCO OFFSHORE COMPANY,** Defendant | **SECTION: "E" (1)** |

## ORDER AND REASONS

Before the Court is Plaintiff Kevin Jordan's objection to a designation of Randy McGee's deposition.[1] For the following reasons, the objection is **SUSTAINED**.

Plaintiff objects to Page 23, line 16, through Page 24, line 15, of Mr. McGee's deposition. The testimony concerns Plaintiff's past medical treatment in relation to this accident and the Defendant's approval of and payment for such treatment. The Court finds that the testimony is irrelevant. At the status conference on May 19, 2016, Plaintiff's counsel agreed to waive his maintenance-and-cure claims and his claims for attorneys' fees and punitive damages. Because those claims have been waived, this excerpt of Mr. McGee's deposition testimony is irrelevant, as the Defendant's approval of and payment for Plaintiff's past medical treatment is no longer an issue in this case.

**IT IS SO ORDERED.**

**New Orleans, Louisiana, this 21st day of May, 2016.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 124.

1