UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN JORDAN,**   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1226** |
| **ENSCO OFFSHORE COMPANY,**   Defendant | **SECTION: "E" (1)** |

**ORDER AND REASONS**

Before the Court are two motions *in limine* filed by Plaintiff Kevin Jordan: (1) a motion *in limine* to exclude certain medical records,[1] and (2) a motion *in limine* to exclude certain personnel files.[2] Both motions are opposed.[3] For the reasons that follow, the motions are **DENIED AS MOOT**.

The instant motions *in limine* were filed on May 5, 2016, and the oppositions were filed approximately one week later on May 12th and 13th. On May 16, 2016, the parties delivered their joint exhibit books to chambers. The exhibit books included a number of objected-to exhibits, among them various medical records and personnel files. In briefing his objections to the medical records and personnel files, Plaintiff Kevin Jordan referred the Court to his motions *in limine*.[4] However, because the Defendant had limited the scope of the medical records and personnel files in the exhibit books, the Court was unable to determine which portions of the motions *in limine* still remained in dispute. The Court thus ordered the Plaintiff to clarify the portions of the motions *in limine* that remained contested.[5] Plaintiff did so on May 19, 2016, and the Court has now ruled on all of the

---

[1] R. Doc. 71.
[2] R. Doc. 78.
[3] R. Docs. 90, 115.
[4] R. Doc. 131.
[5] R. Doc. 141.

1

objected-to medical records and personnel files. Therefore, Plaintiff's motions *in limine* to exclude certain medical records and personnel files are now moot.

Accordingly;

**IT IS ORDERED** that Plaintiff Kevin Jordan's motions *in limine* to exclude certain medical records and personnel files are hereby **DENIED AS MOOT**.

**New Orleans, Louisiana, this 23rd day of May, 2016.**

                                         *Susie Morgan*
                                    **SUSIE MORGAN**
                          **UNITED STATES DISTRICT JUDGE**