JURY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEVIN JORDAN,<br>Plaintiff | *<br>*<br>* | CIVIL ACTION NO. 15-CV-1226 |
| VS. | *<br>* | SECTION "E"<br>JUDGE: HON. SUSIE MORGAN |
| ENSCO OFFSHORE COMPANY,<br>Defendant | *<br>*<br>*<br>* | MAGISTRATE "1"<br>MAGISTRATE: SALLY SHUSHAN |

**VERDICT FORM**

## JONES ACT – NEGLIGENCE

### Question No. 1A:

**Do you find by a preponderance of the evidence that ENSCO Offshore Company was negligent?**

**(Answer "Yes" or "No.")** NO

If you answered "Yes" to Question No. 1A, please proceed to Question No. 1B.
If you answered "No" to Question No. 1A, please proceed to Question No. 2A.

### Question No. 1B:

**Do you find by a preponderance of the evidence that ENSCO Offshore Company's negligence was a cause, in whole or in part, of Kevin Jordan's damages?**

**(Answer "Yes" or "No.")** ________

---

Please proceed to Question No. 2A.

## UNSEAWORTHINESS

**Question No. 2A:**

**Do you find by a preponderance of the evidence that the ENSCO 8506 was unseaworthy?**

**(Answer "Yes" or "No.")** NO

If you answered "Yes" to Question No. 2A, please proceed to Question No. 2B.
If you answered "No" to Question No. 2A, please follow the instructions below.

**Question No. 2B:**

**Do you find by a preponderance of the evidence that an unseaworthy condition of the ENSCO 8506 proximately caused Kevin Jordan's damages?**

**(Answer "Yes" or "No.")** ________

---

If you answered "Yes" to Question Nos. 1A and 1B, and/or Question Nos. 2A and 2B, please proceed to Question No. 3A.

If you answered "No" to Question Nos. 1A and 2A, please sign and date the Verdict Form and return to the courtroom.

## CONTRIBUTORY NEGLIGENCE

### Question No. 3A:

**Do you find by a preponderance of the evidence that Kevin Jordan was negligent in causing, in whole or in part, his damages?**

**(Answer "Yes" or "No.") __________**

If you answered "Yes" to Question No. 3A, please proceed to Question No. 3B.
If you answered "No" to Question No. 3A, please follow the instructions below.

### Question No. 3B:

**Please state, as a percentage, the amount that Kevin Jordan's own negligence caused or contributed to his damages.**

**Kevin Jordan: ___________%**

---

If you answered "Yes" to Question Nos. 1A and 1B, and/or Question Nos. 2A and 2B, and if you assigned a percentage of fault to Kevin Jordan less than 100% in Question No. 3B, please proceed to Question No. 4.

Otherwise, please sign and date the Verdict Form and return to the courtroom.

## DAMAGES

**Question No. 4:**

**What sum of money, if paid now in cash, would fairly and reasonably compensate Kevin Jordan for his injuries, if any, that resulted from the incident in question?**

**Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element if you have otherwise, under some other element, awarded a sum of money for the same loss. Do not include interest on any amount of damages you find.**

**a)** **Physical pain and suffering and mental anguish in the past** **$________**

**b)** **Physical pain and suffering and mental anguish in the future** **$________**

**c)** **Income loss in the past** **$________**

**d)** **Loss of earning capacity in the future** **$________**

**e)** **Medical expenses in the future** **$________**

---

**PLEASE SIGN AND DATE THIS FORM AND RETURN TO THE COURTROOM.**

5/26/16

**Date**

**Signature (Jury Foreperson)**

**Foreperson Name (Printed)**