UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN JORDAN | CIVIL ACTION |
| VERSUS | NO. 15-1226 |
| ENSCO OFFSHORE COMPANY | SECTION "E" (1) |

# JUDGMENT

Considering the verdict rendered by the jury on May 26, 2016, accordingly;

**IT IS ORDERED ADJUDGED AND DECREED** that there be judgment in favor of defendant ENSCO Offshore Company and against plaintiff Kevin Jordan, dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this 29th day of May, 2016.

Susie Morgan
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE